UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EMILE MARK DIXON,

                    Plaintiff,

  -against-

MICHAEL ZENK,

                    Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 3127 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 17 2008 ★
**BROOKLYN OFFICE**

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 16, 2008, granting defendant's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
       June 16, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court